## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jack Norqual and Gretchen Norqual, | Civil No. 08-1013 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| v. | |
| SimplexGrinnell, LP, | |
| Defendant. | |

Based upon the Joint Stipulation to Remand to Hennepin County District Court (Doc. No. 15) of the parties, **IT IS ORDERED:**

1. That the above-entitled action is **REMANDED** to Hennepin County District Court;

2. Said remand is without prejudice to Defendant's subsequent removal of this action in the event removal jurisdiction later becomes ascertainable as set forth in 28 U.S.C. § 1446; and

3. Each of the parties bears and pays all costs and expenses incurred to date in connection with said action.

Dated: May 12, 2008

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge